425 A.2d 19

Puleo et al., Appellants, v. Puleo & Sons, Inc. et al.

Argued September 11, 1979.  H. Kenneth Butera, for appellants;  James P. Geoghegan, for appellee.

Before CERCONE, P. J., and WATKINS and HOFFMAN, JJ.

Order affirmed.

425 A.2d 20

Snyder v. Swierczynski, Appellant.

Argued March 20, 1979.  Joseph A. Quinn Jr., for appellant;  George E. Clark, Jr., for appellee.

Before PRICE, SPAETH and LIPEZ, JJ.

Order affirmed.